JUN 2 4 2011

FILED

JUN 2 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT LEE SMITH, JR.,
    Petitioner,

v.

MICHAEL MARTEL, Warden of
California State Prison at
San Quentin,

    Respondent

Case No.: CV-11-3062 EJD

**DEATH PENALTY CASE**

ORDER REFERRING THE MATTER TO THE
SELECTION BOARD FOR SUGGESTION OF
APPOINTED COUNSEL

    Upon request of petitioner, and pursuant to Local Rules 2254-25(a),

    IT IS HEREBY ORDERED that this matter be referred to the Selection Board, for appointment of the Federal Public Defender or other qualified counsel to represent petitioner in these proceedings.

    The Clerk of the Court shall serve a certified copy of this order on petitioner; respondent, Michael Martel, Warden of San Quentin Prison; the Clerk of the Contra Costa County Superior Court; Dorian Jung, Deputy Attorney General of the State of California; District Attorney of Contra Costa County; Barry Portman, Federal Public Defender for the Northern District of California; and Michael G. Millman, Executive Director of the California Appellate Project, San Francisco.

DATED: 6/24/11

_____
UNITED STATES DISTRICT JUDGE

APPLICATION FOR APPOINTMENT

OF COUNSEL