JOHN R. GRELE
State Bar No. 167080
149 Natoma, St, third floor
San Francisco, California 94105
(415) 348-9300 (telephone)
(415) 348-0364 (fax)

SCOTT KAUFFMAN
CALIFORNIA APPELLATE PROJECT
101 Second St, suite 600
San Francisco, California 94015
(415) 495-0500

Attorneys for Petitioner
ROBERT LEE SMITH

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE SMITH, JR., )<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>MICHAEL MARTEL, Warden of )<br>California State Prison at )<br>San Quentin, )<br>)<br>Respondent. ) | Case No.: CV 11-3062 EJD<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE<br><br>**DEATH PENALTY CASE** |

The parties having met and conferred, it is hereby STIPULATED that petition shall have one day additional time to file his Motion for Equitable Tolling, to and including April 3, 2012.

Respectfully Submitted By:

Dated:  JOHN G. GRELE
SCOTT F. KAUFFMAN

Attorneys for Petitioner
Robert Lee Smith, Jr.

By: _____/s_____
John R Grele

///

1 | Dated:                                        KAMALA HARRIS  
Attorney General  
DANE R. GILLETTE  
Chief Assistant Attorney General  
GERALD A. ENGLER  
Senior Assistant Attorney General  
GLENN R. PRUDEN  
Supervising Deputy Attorney General  
DORIAN JUNG  
State Bar No. 241994  
Deputy Attorney General

Attorneys for Respondent  
Michael Martel

By: _____  
            Dorian Jung

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: April 10, 2012

_____  
Edward J. Davila  
United States District Judge