1  JOHN R. GRELE
   State Bar No. 167080
2  149 Natoma, St, third floor
   San Francisco, California 94105
3  (415) 348-9300 (telephone)
   (415) 348-0364 (fax)
4
   SCOTT KAUFFMAN
5  CALIFORNIA APPELLATE PROJECT
   101 Second St, suite 600
6  San Francisco, California 94015
   (415) 495-0500
7
   Attorneys for Petitioner
8  ROBERT LEE SMITH

9

10              IN THE UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13 ROBERT LEE SMITH, JR.,            )  Case No.: CV 11-3062 EJD
              Petitioner,            )
14                                   )
   v.                                )  STIPULATION AND PROPOSED
15                                   )  ORDER TO EXTEND TIME TO
                                     )  FILE
16 MICHAEL MARTEL, Warden of         )
   California State Prison at        )
17 San Quentin,                      )  **DEATH PENALTY CASE**
                                     )
18           Respondent.             )

19
        The parties having met and conferred, it is hereby STIPULATED that
20
   petition shall have one day additional time to file his Motion for Equitable Tolling,
21
   to and including April 3, 2012.
22
                                        Respectfully Submitted By:
23
   Dated:                               JOHN G. GRELE
24                                      SCOTT F. KAUFFMAN

25                                      Attorneys for Petitioner
                                        Robert Lee Smith, Jr.
26
                                        By: _____/s_____
27                                              John R Grele

28 ///

1 | Dated: | KAMALA HARRIS
  |        | Attorney General
2 |        | DANE R. GILLETTE
  |        | Chief Assistant Attorney General
3 |        | GERALD A. ENGLER
  |        | Senior Assistant Attorney General
4 |        | GLENN R. PRUDEN
  |        | Supervising Deputy Attorney General
5 |        | DORIAN JUNG
  |        | State Bar No. 241994
6 |        | Deputy Attorney General

7 | Attorneys for Respondent
  | Michael Martel

8 | By: _____
9 |                Dorian Jung

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: April 10, 2012

_____
Edward J. Davila
United States District Judge