# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Robert Lee SMITH Jr., | Case Number 5-11-cv-3062-EJD |
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER SHORTENING TIME FOR BRIEFING SECOND MOTION FOR EQUITABLE TOLLING |
| Kevin CHAPPELL, Acting Warden of San Quentin State Prison, | |
| Respondent. | |

Petitioner's capital habeas petition is due on September 28, 2012. Petitioner has filed a Second Motion for Equitable Tolling, in which he seeks an extension to November 28, 2012. (Doc. No. 23.) The parties agree that the Motion may be heard on an expedited basis. (*Id.* at 9; Doc. No. 23-1.) Accordingly, the request to shorten time is granted. Respondent shall respond to the Motion by 12:00 noon on Monday, September 24, and Petitioner may reply to the response by 9:00 a.m. on Tuesday, September 25, 2012. The Court will take the matter under submission without oral argument.

*It is so ordered.*

DATED: September 21, 2012

_____
EDWARD J. DAVILA
United States District Judge

Case No. 5-11-cv-3062-EJD
ORDER SHORTENING TIME FOR BRIEFING SECOND MOTION FOR EQUITABLE TOLLING
(DPSAGOK)

# UNITED STATES DISTRICT COURT

# FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

ROBERT LEE SMITH, JR.,

    Plaintiff,

v.

MICHAEL MARTEL et al,

    Defendant.

Case Number: CV11-03062 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
Federal Court Docketing
101 Second Street Suite 600
San Francisco, CA 94105

Michael David Laurence
Habeas Corpus Resource Center
303 Second Street Suite 400
San Francisco, CA 94107

Robert Lee Smith H-95100
San Quentin State Prison
San Quentin, CA 94974

Dated: September 21, 2012

                          Richard W. Wieking, Clerk
                          /s/ By: Elizabeth Garcia, Deputy Clerk

2

Case No. 5-11-cv-3062-EJD
ORDER SHORTENING TIME FOR BRIEFING SECOND MOTION FOR EQUITABLE TOLLING
(DPSAGOK)